HONORABLE JAMAL N WHITEHEAD

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON (SEATTLE)**

| | |
|---|---|
| EFREN MARCOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.; and DOES 1-20, inclusive,<br><br>Defendants. | No. 2:26-cv-03156-JNW<br><br>**ORDER GRANTING STIPULATION REGARDING FIRST AMENDED COMPLAINT** |

THIS MATTER came before the Court on the Parties' Stipulated Motion to Amend Complaint. The Court having considered the documents and pleading on file in this case the filing below:

1. Stipulation Regarding First Amended Complaint.

The Court GRANTS the parties' stipulated motion. Plaintiff Efren Marcos is granted leave to file his First Amended Class Action Complaint for Damages as appended to the parties' stipulated motion. Defendant United Airlines shall respond to the First Amended Complaint within 21 days of the filing of the First Amended Complaint.



**CROSNER LEGAL, P.C.**
92 Lenora Street, #179
Seattle, WA 98121
Tel. (866) 276-7637
Fax. (310) 510-6429

IT IS SO ORDERED.

DATED THIS 1st day of October, 2026.

HONORABLE JAMAL N WHITEHEAD

*Jointly Presented By:*

CROSNER LEGAL, P.C.

*/s/ Gwendolyne Trenner*
Jamie K. Serb, WSBA No. 62065
Zachary M. Crosner, WSBA No. 61644
Gwendolyne N. Trenner, WSBA No. 63409
92 Lenora Street, #179
Seattle, WA 98121
Telephone: (866) 276-7637
Facsimile: (310) 510-6429
jamie@crosnerlegal.com
zach@crosnerlegal.com
tainsworth@crosnerlegal.com

*Attorneys for Plaintiffs*

ONES DAY
SEYFARTH SHAW LLC

/s/ *Molly Gabel*
Aaron S. Markel, *admitted pro hac vice*
Elizabeth B. McRee, *admitted pro hac vice*
Koree B. Wooley, *admitted pro hac vice*
Michael C. Tracy, WSBA No. 51226
Molly Gabel, WSBA No. 47023
999 Third Ave., Suite 4700
Seattle, WA 98104
Telephone: (206) 946-4909
amarkel@jonesday.com
emcree@jonesday.com kbwooley@jonesday.com mtracy@seyfarth.com
mgabel@seyfarth.com

*Attorneys for Defendant*